

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00234-CV

Johnathan David **RICE** and Diana Rice,
Appellants

v.

**LEWIS ENERGY GROUP, L.P**.; Lewis Petro Properties, Inc.; Lewis Resource Management, LLC; Segundo Navarro Drilling, Ltd.; and Tercero Navarro, Inc.,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08936
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

On July 24, 2019, we granted Appellants' motion to abate the appeal and remand the cause to the trial court for it to make findings of fact and conclusions of law as required. The trial court made findings of fact and conclusions of law as ordered, and they were filed on August 26, 2019.

We REINSTATE the appellate timetable. Appellants' brief is due on September 25, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court